**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROGER VERGARA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-00036 |
| | ) | |
| LVNV FUNDING, LLC; | ) | Judge John F. Grady |
| RESURGENT CAPITAL | ) | |
| SERVICES, L.P.; and FREEDMAN, | ) | |
| ANSELMO LINDBERG, LLC; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE FREEDMAN ANSELMO
LINDBERG, LLC BY U.S. MAIL, CERTIFIED MAIL AND FACSIMILE**

Plaintiff respectfully requests leave to serve defendant Freedman Anselmo, Lindberg, LLC ("FAL") with the summons and complaint in this matter by U.S. Mail, Certified Mail and facsimile to FAL's registered agent.

The reasons for this motion are as follows:

1. Plaintiff's sent the summons and complaint to a process server on January 7, 2013 to be served on FAL's registered agent listed on the Illinois Secretary of State's website, Steven C. Lindberg, at 1807 W. Diehl Road, Naperville, IL 60563 (Exhibit A).

2. The process server represented to plaintiff that FAL's registered agent refused service on several different occasion of attempted service, stating that they do not accept documents for their clients (Exhibit B).

WHEREFORE, plaintiff Roger Vergara respectfully requests leave of the Court to serve FAL by U.S. Mail, Certified Mail and Facsimile to FAL's registered agent.

1

                                             Respectfully submitted,

                                             <u>s/Tiffany N. Hardy</u>
                                             Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\27605\Pleading\Plaintiff's Motion for Leave to Serve FAL by Mail and Fax_Pleading.WPD

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on February 21, 2013, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

Nabil G. Foster
nfoster@hinshawlaw.com

David L. Hartsell
dhartsell@mcguirewoods.com

Susan E. Groh
sgroh@mcguirewoods.com

I further certify that the foregoing document will be sent via U.S. Mail, Certified Mail and Fax to:

**Freedman, Anselmo Lindberg, LLC**
c/o Steven C. Lindberg, Registered Agent
1807 W. Dehl Road, Ste. 333
Naperville, IL 60563
FAX: 630-983-1487

                                                                                                                       s/Tiffany N. Hardy
                                                                                                                              Tiffany N. Hardy