# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Rober Vergara ,**

    Plaintiff(s),

vs.

**LVNV Funding, LLC,**

    Defendant(s).

**Case No.: 13 CV 36**

**AFFIDAVIT OF ATTEMPTED SERVICE**

I, Jason Laning, being first duly sworn on oath, depose and say the following:

I am a special process server and private detective license# 115-001899, employed by All American Attorney Services, Inc., an Illinois licensed private detective agency, license number 0117-001311, and not party to the mentioned case. Under penalties as provided be law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On January 23, 2013 at 3:00 PM, I DISCONTINUED ATTEMPTING SERVICE of the within Summons In A Civil Case; Complaint on Freedman, Anselmo Lindberg, LLC at 1807 W. Dehl Road, Ste. 333 , Naperville, IL 60563 for the reason(s) indicated below:

Comments/Prev. Attempts: Attempts were made to serve this Law Firm with the documents. They refused service stating that they do not accept documents for their clients.

Signed and sworn to before me on this ___ day of Feb. , 20 13.

X_____
**Jason Laning**
License(s): 115-001899

Notary Public

DIANA C. LOESCHE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 30, 2015

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60532
(877) 644-3214

*37820*